UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                            File No: 1:08-CR-14

v.

                            HON. ROBERT J. JONKER

JENNIFER CONROE,

        Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 16), and the transcript of the plea hearing. The Report and Recommendation was served on the parties, and no objection has been filed within the time required by law. Based on this, and on the Court's review of the transcript and all matters of record, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (docket # 16) is approved and adopted as the Opinion and Findings of this Court.

2.     Defendant Jennifer Conroe's plea of guilty to the Indictment is accepted. Defendant Jennifer Conroe is adjudicated guilty.

3.     A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.


Dated:    April 1, 2008          /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE